Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**F I L E D**
CLERK, U.S. DISTRICT COURT

**06/09/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DVE ___ DEPUTY

Case Number   8:22-cr-00081-FLA

Defendant Number   One

U.S.A. v.   TODD AMENT

Year of Birth   1964

[ ] Indictment   [✓] Information

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   NLT in/ar'd 07/2019 to on/ab't 12/4/2020

c. County in which first offense occurred

Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles   [ ] Ventura

[✓] Orange   [ ] Santa Barbara

[ ] Riverside   [ ] San Luis Obispo

[ ] San Bernardino   [ ] Other ___

Citation of Offense   18 U.S.C. § 1343; 18 U.S.C. § 1014;
26 U.S.C. § 7206(1); 18 U.S.C. § 2

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No   [ ] Yes

If "Yes," Case Number: ___

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 5/16/2022

Case Number:   8:22-mj-00357-DUTY

Assigned Judge:   Duty Mag. Judge: Hon. Autumn D. Spaeth

Charging: 18 U.S.C. § 1014

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: ___

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:   Salvatore Peter Ciulla

Phone Number:   714-542-0500

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the N/A superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

___

Case Number ___

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on ___

Are there 8 or more defendants in the superseding case?

[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male   ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☑ financial institution fraud   ☐ public corruption

☐ government fraud   ☑ tax offenses

☐ environmental issues   ☑ mail/wire fraud

☐ narcotics offenses   ☐ immigration offenses

☐ violent crimes/firearms   ☐ corporate fraud

☐ Other _____

_____

### CUSTODY STATUS

<u>Defendant is **not in custody**</u>:

a. Date and time of arrest on complaint:   5/17/2022 at 9:30 AM

b. Posted bond at complaint level on:   5/17/2022

   in the amount of $ 30,000

c. PSA supervision?   ☐ Yes   ☑ No

d. Is on bail or release from another district:
   No

<u>Defendant is **in custody**</u>:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution:   N/A

c. If Federal, U.S. Marshals Service Registration Number:

   _____

d. ☐ Solely on this charge. Date and time of arrest:

   _____

e. On another conviction:   ☐ Yes   ☐ No

   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

   IF YES:   ☐ State   ☐ Federal   AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date   06/09/2022

Signature of Assistant U.S. Attorney

Daniel Ahn

Print Name