# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:22-CR-00081-FLA          Recorder: CS 06/21/2022          Date: 06/21/2022

Present: The Honorable Autumn D. Spaeth, U.S. Magistrate Judge

Court Clerk: Kristee Hopkins                              Assistant U.S. Attorney: Daniel Lim, Daniel Ahn, Melissa Rabbani

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| TODD AMENT<br>Bond | Salvatore P. Ciulla<br>Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

This case is assigned to the calendar of District Judge Fernando L. Aenlle-Rocha.

This matter is set for Guilty Plea on Friday, July 1, 2022 at 8:30 AM before Judge Aenlle-Rocha in Courtroom 6B - 6th Floor, First Street Courthouse, Los Angeles.

cc: Statistics Clerk, PSALA PSASA

PIA: 00 : 08
Initials of Deputy Clerk: kh

CR-85 (09/12)                                                    CRIMINAL MINUTES - ARRAIGNMENT                                                    Page 1 of 1