UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No.: | 8:cr-22-00081-FLA | Date: | July 1, 2022 |
|---|---|---|---|

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
|---|---|
| Interpreter | N/A |

| Twyla Freeman / Holidae Crawford | Suzanne McKennon | Daniel S. Lim / Daniel H. Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Todd Ament | ✓ | | ✓ | Salvatore Peter Ciulla, RTND | ✓ | | ✓ |

**Proceedings:**   GUILTY PLEA (Held and Completed)

The matter is called for hearing.

Defendant moves to enter a plea of GUILTY to the Information.

Defendant is sworn.

Defendant now enters a plea of Guilty as to Counts One, Two, Three and Four of the Information.

The court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY.  The court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently, and voluntarily, and with a full understanding of the nature of the charges, consequences of the plea and of defendant's Constitutional rights.  The court accepts the plea and orders that the plea be entered.

The Court refers the defendant to the Probation Office for investigation and report.

The matter is set for **SENTENCING** on **DECEMBER 9, 2022, at 10:00 a.m.**

The Court vacates the Jury Trial date and Pretrial conference date, as to this defendant only.

The Court orders this matter referred to the United States Probation Office for a presentence investigation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

and preparation of a presentence report.  The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

Defendant remains on pretrial release and is reminded to appear and that failure to appear is a separate offense.  The defendant is ordered to appear on **DECEMBER 9, 2022, at 10:00 a.m.** without any further notice or order.

cc:   USPO, PSA, USM

|  | 00 | : | 41 |
|---|---|---|---|
| Initials of Deputy Clerk | | | TF |