STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No.  SA CR 22-81-FLA |
|---|---|
|       Plaintiff, | NOTICE OF APPEARANCE |
|           v. |  |
| TODD AMENT, |  |
|       Defendant. |  |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby advises the Court that the above-captioned criminal case has been assigned to an additional Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Additional Assigned AUSA: | Melissa S. Rabbani | melissa.rabbani@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA's name is associated with this case as attorney of record for Plaintiff and that the AUSA receives all emails relating to filings in this case.

Dated: September 8, 2022         Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

/s/ *Melissa S. Rabbani*
MELISSA S. RABBANI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA