E. MARTIN ESTRADA, United States Attorney
SCOTT M. GARRINGER, Asst. US Attorney; Chief, Crim.
DANIEL S. LIM (SBN: 292406), Assistant U.S. Attorney
411 West 4th St, Suite 8000, Santa Ana, CA 92701
(714) 338-3538; Daniel.Lim@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:22-cr-00081-FLA |
| v. | |
| TODD AMENT, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF DANIEL S. LIM
[PROPOSED] ORDER SEALING DOCUMENT
UNDER SEAL DOCUMENT ONE
UNDER SEAL DOCUMENT TWO
(with attached Certificate of Service)

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 3, 2023                                  DANIEL S. LIM
Date                                             Attorney Name

                                                 United States of America, Plaintiff
                                                 Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                 NOTICE OF MANUAL FILING OR LODGING