E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CHARLES E. PELL (Cal. Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone:  (714) 338-3542
    Facsimile:  (714) 338-3561
    E-mail:     charles.e.pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:22-cr-00081-FLA |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| TODD AMENT, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby advises the Court that the above-captioned criminal case has been assigned to an additional Assistant United States Attorney ("AUSA") as follows:

| **Additional Assigned AUSA** | CHARLES E. PELL | charles.e.pell2@usdoj.gov |
|---|---|---|

1     Please make all necessary changes to the Court's Case
2 Management/Electronic Case Filing system to ensure that the newly
3 assigned AUSA (Charles E. Pell) is associated with this case as
4 attorney of record for Plaintiff and that the AUSA receives all
5 emails relating to filings in this case.

6 DATED: January 22, 2023     E. MARTIN ESTRADA
    United States Attorney

    MACK E. JENKINS
    Assistant United States Attorney
    Chief, Criminal Division

        /s/
    CHARLES E. PELL
    Assistant United States Attorney
    Santa Ana Branch Office

    Attorneys for Plaintiff
    United States of America

2