# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TODD AMENT,<br><br>　　　　　　　　Defendant. | Case No. 8:22-cr-00081-FLA<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS** |

## ORDER

Defendant Todd Ament's ("defendant") *Ex Parte* Application for Order Sealing Documents (the "Application") is DENIED.  Accordingly, the Application shall be filed under seal, and the underlying documents shall be returned to Defendant without being filed.

IT IS SO ORDERED.

Dated: July 24, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge

1