BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
    U.S. ATTORNEY'S OFFICE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 22-81-FLA |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COUNT ONE WITH PREJUDICE |
| v. | |
| TODD AMENT, | |
| Defendant. | |

    Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Melissa Rabbani, hereby moves in the interests of justice to (i) allow defendant Todd Ament to withdraw his plea of guilty to Count One of the Information; and (ii) dismiss Count One with prejudice.

1 | Counsel for defendant does not oppose the motion.

2 | Dated: August 14, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

*/s/  Melissa S. Rabbani*
MELISSA S. RABBANI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2